**FILED**
GREGG COUNTY, TEXAS

SEP 1 1 2015

**CAUSE NO. 43,014-A**

| | | |
|---|---|---|
| STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| | X | IN AND FOR |
| VS. | X | |
| | X | |
| | X | GREGG COUNTY, TEXAS |
| | X | |
| FRED WRIGHT, JR. | X | 188TH JUDICIAL DISTRICT |

3:15 O'CLOCK P M
BARBARA DUNCAN, DISTRICT CLERK
BY _____ DEPUTY

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 3:57:57 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **FRED WRIGHT, JR.**, Defendant herein, by and through his undersigned counsel for appeal and would show:

FRED WRIGHT, JR., Defendant, hereby gives his Notice of Appeal of the Judgment of conviction dated August 18, 2015, by taking his appeal to the Court of Appeals for the Sixth Appellate District in Texarkana.

Respectfully submitted,

LEW DUNN
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226
Longview, TX 75606
Tel. 903-757-6711
Fax 903-757-6712
Email: dunn@texramp.net

LEW DUNN
Attorney for Appellant
Texas State Bar No. # 06244600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was hand-delivered and/or electronically transmitted to the offices of Hon. Zan Colson Brown, Assistant District Attorney, Gregg County Courthouse, Longview, Texas on this _11_ day of September, 2015.

LEW DUNN, Counsel for Defendant

**FILED**
GREGG COUNTY, TEXAS

SEP 11 2015

3:00 O'CLOCK P M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

**CAUSE NO. 43,014-A**

| | | |
|---|---|---|
| STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| | X | IN AND FOR |
| VS. | X | |
| | X | GREGG COUNTY, TEXAS |
| | X | |
| FRED WRIGHT, JR. | X | 188TH JUDICIAL DISTRICT |

## DESIGNATION OF RECORD ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant/Appellant **FRED WRIGHT, JR.**, and submits this "Designation of Record on Appeal" in the above-referenced case, and requests:

That the following items be contained in the record of this appeal in Cause No. 43,014-A:

1.    A complete Statement of Facts (Reporter's Record), including any and all pre-trial hearings, admonishments by the Court, any voir dire, the trial proceedings on guilt/innocence and/or guilty plea, and on punishment; any side-bar conferences, any post-conviction hearings, hearing on motion for new trial, all evidence and arguments of counsel, and any and all exhibits, whether filed by the State or Defense.

2.    Indictment

3.    Any special pleas, affidavits, letters, and motions of the Defendant and motions of the State, and the Court's Orders and/or rulings on same, including, with filing date indicated:

State's Motion Designating Expert Witnesses

State's Amended Motion Designating Expert Witnesses (two of these, each signed by a different assistant DA)

State's Second Motion Designating Expert Witnesses

State's Third Motion Designating Expert Witnesses

Notice of Intent to Use Extraneous Offenses and Prior Convictions, 9-22-14

Notice of Intent to Use Prior Convictions & Extraneous Offenses, 9-22-14

State's Notice of Intent to Cumulate, 4-7-14

Notice of Intent to Use Extraneous Offenses, 4-7-14

State's Motion in Limine Number 1, 4-7-14

State's Motion for Discovery of Defendant's Witness List, 4-7-14

Motion to Disclose Experts, 4-7-14

4. Waiver of arraignment, 2-17-14

5. Request for Appointment of counsel on appeal, 8-20-15

6. Docket Sheets

7. Felony Court Costs

8. Precept to serve Indictment

9. State Ex. #1, Ex. #2, and Ex. #3

10. Trial Court's Certificate of Defendant's Right of Appeal 6-26-2014

11. Defendant's Application for Probation, 8-18-15

12. Written Plea Admonishments, 8-18-15

13. Sex Offender Registration and Auto-Life Statute, 8-18-15

14. Plea Agreement, 8-18-15

15. Judgment of Conviction by Court, Waiver of Jury Trial, 8-18-15

16. Copies of all subpoenas issued 7-20-15 for court appearance on 8-18-15

17. Waiver of Jury Trial

18. All pre-trial and trial hearing exhibits

19. Letter to court reporter requesting preparation of Reporter's Record

20. Notice of Appeal

21. Motion for New Trial

22. Capias, 11-1-13

23. Bond

24. Conditions of Bond, 11-1-13

25.   Magistrate's Warning, 11-1-13

26.   Any other matter contained within the Court's files.

27.   This "Designation of Record on Appeal"

WHEREFORE, PREMISES CONSIDERED, the Defendant/Appellant respectfully requests that these matters be contained within the record of this appeal.

Respectfully submitted,

LEW DUNN
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226 Longview, TX 75606
Tel. 903-757-6711
Fax 903-757-6712
Email: dunn@texramp.net
Counsel for Defendant/Appellant

LEW DUNN
Attorney for Defendant
Texas State Bar License # 06244600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was hand-delivered and/or sent via electronic transmission to the offices of Hon. Zan Colson Brown, Assistant District Attorney, Gregg County Courthouse, Longview, Texas on this 11 day of September, 2015.

Lew Dunn

FILED
GREGG COUNTY, TEXAS

SEP 1 1 2015

8:20 o'clock P M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

CAUSE NO. 43,014-A

| | | |
|---|---|---|
| STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| | X | IN AND FOR |
| VS. | X | |
| | X | GREGG COUNTY, TEXAS |
| | X | |
| FRED WRIGHT, JR. | X | 188TH JUDICIAL DISTRICT |

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **FRED WRIGHT, JR.**, Defendant herein, by and through his undersigned counsel for appeal, files this, his Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22, TEX. R. APP. PROC., and respectfully showing unto the Court as follows:

I.

The evidence offered by the State at the trial was legally insufficient to prove the matters alleged by the State in its indictment by the applicable burden of proof.

II.

The judgment was contrary to the law and the evidence.

III.

Defendant's "judicial confession" alone is legally insufficient to prove the matters alleged in the indictment. Moreover, it does not satisfy the requirements of Art. 1.15, TEX. CODE CRIM. PROC. *See, Menefee v. State*, 287 S.W.3d 9 (Tex. Crim. App. 2009); *Puente v. State*, 320 S.W.3d 352 (Tex. Crim. App. 2010).

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court set this matter for a hearing, that upon hearing that the Court grant a new trial herein, and for such other and further relief to which the Defendant is entitled at law and equity.

Respectfully submitted,

LEW DUNN
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226
Longview, TX 75606
Email: dunn@texramp.net
Tel. 903-757-6711
Fax 903-757-6712
State Bar No. 06244600
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was hand-delivered to the offices of Hon. Zan Colson Brown, Assistant District Attorney, Gregg County Courthouse, Longview, Texas on this ___ day of September, 2015, and/or delivered via electronic transmission.

LEW DUNN, Counsel for Defendant